NUMBER 13-09-00379-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

BRANDON MATT MCREYNOLDS, Appellant,


v.



THE STATE OF TEXAS, Appellee.

____________________________________________________________


On appeal from the County Court at Law No. 2 


of Victoria County, Texas.

____________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Rodriguez, and Garza


Memorandum Opinion Per Curiam



 Appellant, Brandon Matt McReynolds, was convicted of driving while intoxicated. 
On June 20, 2008, appellant filed a notice of appeal by and through his attorney. On
February 11, 2010, this Court abated the appeal because no appellate brief had been filed,
ordered the trial court to determine whether appellant desired to prosecute this appeal and 

instructed the trial court to make findings as to whether the appellant had abandoned his
appeal.

 Based on the trial court hearing, the trial court judge recommends that the appeal
be dismissed. The trial court found that appellant is not represented by counsel, does not
want appointed counsel and does not want to pursue his appeal.

 Although no written motion has been filed in compliance with Rule 42.2(a) of the
Texas Rules of Appellate Procedure, based upon the appellant's testimony at the hearing
that he does not want to continue his appeal, we conclude that good cause exists to
suspend the operation of Rule 42.2(a) in this case. See Tex. R. App. P. 2. Accordingly,
we dismiss the appeal.


 PER CURIAM

Do not publish. See Tex. R. App. P. 47.2(b). 

Delivered and filed the

25th day of March, 2010.